**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: JENKINS, RICHARD D | § Case No. 11-80954 |
| JENKINS, TERESA L | § |
| JENKINS, RICH | § |
| Debtor(s) JENKINS, TERRI | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 02/08/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 01/05/2012       By: /s/BERNARD J. NATALE
                                   Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: JENKINS, RICHARD D | § | Case No. 11-80954 |
|---|---|---|
| JENKINS, TERESA L | § | |
| JENKINS, RICH | § | |
| Debtor(s) JENKINS, TERRI | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,000.05 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of [1] | $ | 20,000.05 |
| **Balance on hand:** | $ | 20,000.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Balboa Capital | 10,784.45 | 10,784.45 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 20,000.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,750.01 | 0.00 | 2,750.01 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,196.25 | 0.00 | 2,196.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 39.16 | 0.00 | 39.16 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 5,235.42 |
| Remaining balance: | $ | 14,764.63 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,764.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,938.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 1,938.90 | 0.00 | 1,938.90 |

Total to be paid for priority claims: $ 1,938.90
Remaining balance: $ 12,825.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,620.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 5,894.02 | 0.00 | 999.68 |
| 2 | Candica L.L.C. | 8,380.93 | 0.00 | 1,421.47 |
| 3U | Internal Revenue Service | 118.26 | 0.00 | 20.06 |
| 4 | Chase Bank USA, N.A. | 3,351.75 | 0.00 | 568.48 |
| 5 | Chase Bank USA, N.A. | 9,440.67 | 0.00 | 1,601.20 |
| 6 | U S Bank NA | 11,768.87 | 0.00 | 1,996.08 |
| 7 | Citibank, N.A. | 4,684.41 | 0.00 | 794.51 |
| 8 | Capital Recovery III LLC | 30,373.25 | 0.00 | 5,151.52 |
| 9 | GE Money Bank | 1,608.03 | 0.00 | 272.73 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---:|
| Total to be paid for timely general unsecured claims: | $ | 12,825.73 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---:|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---:|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                       Case No. 11-80954-MB
Richard D Jenkins                                                            Chapter 7
Teresa L Jenkins
       Debtors                          **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: cshabez              Page 1 of 3              Date Rcvd: Jan 18, 2012
                              Form ID: pdf006            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2012.
db/jdb     #+Richard D Jenkins,   Teresa L Jenkins,   8286 Canada Road,   Mount Morris, IL 61054-9710
16944053    +Allied Interstate,   3000 Corporate Exchange Dr.,   P O Box 361774,   Columbus, OH 43236-1774
16944054    +Atty. Michael D. Fine,   Chase Bank USA, N.A.,   131 S. Dearborn Street, Floor 5,
              Chicago, IL 60603-5571
16944056     Baker & Miller, PC,   Attorneys at Law,   29 N. Wacker Dr., Suite 500,   Chicago, IL 60606-2854
16944057    +Balboa Capital,   2010 Main Street, 11th Floor,   Irvine, CA 92614-7273
16944058    +Bank of America, N.A.,   P.O. Box 26078,   Greensboro, NC 27420-6078
17355346     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16944059     Chase Card,   P. O. Box 15548,   Wilmington, DE 19886-5548
16944061     Citi Cards,   P. O. Box 688915,   Des Moines, IA 50368-8915
16944062    +Citibank (South Dakota) NA,   C/O McCarthy Burgess & Wolff,   26000 Cannon Road,
              Cleveland, OH 44146-1807
17560711    +Citibank, N.A.,   DBA,   4740 121st St,   Urbandale, IA 50323-2402
16944063    +Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
16944065    #+Eco Tec Insulation,   5200 Main Street, Suite 205,   Skokie, IL 60077-2100
16944066     GE Capital,   P.O. Box 802585,   Chicago, IL 60680-2585
16944068     GE Money Bank,   Midland Credit Management Inc.,   P O Box 60578,   Los Angeles, CA 90060-0578
16944070    +HSBC Bank Nevada, NA,   C/O LDG Financial Services, LLC,   7001 Peachtree Industrial Blvd, 320,
              Norcross, GA 30092-6637
16944069     Home Depot,   P.O. Box 6029,   The Lakes, NV 88901-6029
16944073     Menard's,   HSBC Retail Services,   P. O. Box 17602,   Baltimore, MD 21297-1602
16944074    +Midland States Bank,   P O Box 767,   Effingham, IL 62401-0767
16944075     PayPal Plus Credit Svcs/GEMB,   P O Box 9670080,   Orlando, FL 32896-0080
16944076     Sears Gold MasterCard,   P O Box 6282,   Sioux Falls, SD 57117-6282
16944077     Southern Living at Home,   Barclay Card Services,   P O Box 13337,   Philadelphia, PA 19101-3337
17555783   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   POB 5229,
              CINCINNATI, OH 45201-5229)
16944079     US Bank, NA,   Cardmember Service,   P O Box 490084,   Saint Louis, MO 63179-0084
16944078    +United Collection Bureau, Inc.,   P O Box 140310,   Toledo, OH 43614-0310
16944080    +Valentine & Kebartas, Inc.,   P O Box 325,   Lawrence, MA 01842-0625
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17275945    +E-mail/Text: bncmail@w-legal.com Jan 19 2012 09:26:14     CANDICA L.L.C.,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
17620803     E-mail/PDF: rmscedi@recoverycorp.com Jan 19 2012 07:26:52     Capital Recovery III LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17260568     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2012 10:16:53     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
16944064     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2012 10:16:53     Discover Card,
              P. O. Box 6103,   Carol Stream, IL 60197-6103
16944067     E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2012 05:37:15     GE Money Bank,   P.O. Box 960061,
              Orlando, FL 32896-0061
17626000     E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2012 05:37:15     GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16944071    +E-mail/Text: cio.bncmail@irs.gov Jan 19 2012 04:50:33     Internal Revenue Service,   POB 7346,
              Philadelphia, PA 19101-7346
16944072     E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2012 05:37:15     Lowe's,   P.O. Box 530914,
              Atlanta, GA 30353-0914
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16944055*    +Atty. Michael D. Fine,   Chase Bank USA, N.A.,   131 S. Dearborn Street, Floor 5,
              Chicago, IL 60603-5571
16944060*     Chase Card,   P. O. Box 15548,   Wilmington, DE 19886-5548
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: cshabez            Page 2 of 3             Date Rcvd: Jan 18, 2012
                              Form ID: pdf006          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 3 of 3            Date Rcvd: Jan 18, 2012
                              Form ID: pdf006            Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2012 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Plaintiff Bernard Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
              Thomas E. Laughlin    on behalf of Debtor Richard Jenkins tloff@aol.com
                                                                                       TOTAL: 5
```