# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 11-80954  
**Debtor Name:** JENKINS, RICHARD D

Page: 1

**Date:** February 8, 2012  
**Time:** 03:01:37 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $20,000.21 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 39.16 | 0.00 | 39.16 | 39.16 | 19,961.05 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 2,196.25 | 0.00 | 2,196.25 | 2,196.25 | 17,764.80 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 2,750.01 | 0.00 | 2,750.01 | 2,750.01 | 15,014.79 |
| ADVFEE | CLERK OF THE BANKRUPTCY COURT | Admin Ch. 7 | 250.00 | 0.00 | 250.00 | 250.00 | 14,764.79 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 5,235.42 | 0.00 | 5,235.42 | 5,235.42 | |
| 3P | Internal Revenue Service | Priority | 1,938.90 | 0.00 | 1,938.90 | 1,938.90 | 12,825.89 |
| | SUBTOTAL FOR | PRIORITY | 1,938.90 | 0.00 | 1,938.90 | 1,938.90 | |
| 10 | Balboa Capital | Secured | 10,784.45 | 0.00 | 10,784.45 | 0.00 | 12,825.89 |
| | SUBTOTAL FOR | SECURED | 10,784.45 | 0.00 | 10,784.45 | 0.00 | |
| 1 | Discover Bank | Unsecured | 5,894.02 | 0.00 | 5,894.02 | 999.69 | 11,826.20 |
| 2 | Candica L.L.C. | Unsecured | 8,380.93 | 0.00 | 8,380.93 | 1,421.48 | 10,404.72 |
| 3U | Internal Revenue Service | Unsecured | 118.26 | 0.00 | 118.26 | 20.06 | 10,384.66 |
| 4 | Chase Bank USA, N.A. | Unsecured | 3,351.75 | 0.00 | 3,351.75 | 568.49 | 9,816.17 |
| 5 | Chase Bank USA, N.A. | Unsecured | 9,440.67 | 0.00 | 9,440.67 | 1,601.22 | 8,214.95 |
| 6 | U S Bank NA | Unsecured | 11,768.87 | 0.00 | 11,768.87 | 1,996.11 | 6,218.84 |
| 7 | Citibank, N.A. | Unsecured | 4,684.41 | 0.00 | 4,684.41 | 794.52 | 5,424.32 |
| 8 | Capital Recovery III LLC | Unsecured | 30,373.25 | 0.00 | 30,373.25 | 5,151.58 | 272.74 |
| 9 | GE Money Bank | Unsecured | 1,608.03 | 0.00 | 1,608.03 | 272.74 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 75,620.19 | 0.00 | 75,620.19 | 12,825.89 | |
| **<< Totals >>** | | | 93,578.96 | 0.00 | 93,578.96 | 20,000.21 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---|
| **Administrative-Ch7** | 100.000000% |
| **Priority** | 100.000000% |
| **Secured** | 0.000000% |
| **Unsecured** | 16.960933% |