## AMENDED FINAL DISTRIBUTION
## FINAL DISTRIBUTION

| Case Number: 11-80954 | Page: 1 | Date: March 5, 2012 |
|---|---|---|
| Debtor Name: JENKINS, RICHARD D | | Time: 03:11:15 PM |

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $1,958.96 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 39.16 | 39.16 | 0.00 | 0.00 | 1,958.96 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 2,196.25 | 2,196.25 | 0.00 | 0.00 | 1,958.96 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 2,750.01 | 2,750.01 | 0.00 | 0.00 | 1,958.96 |
| ADVFEE | CLERK OF THE BANKRUPTCY COURT | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 0.00 | 1,958.96 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 5,235.42 | 5,235.42 | 0.00 | 0.00 | |
| 3P | Internal Revenue Service | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 1,958.96 |
| | SUBTOTAL FOR | PRIORITY | 0.00 | 0.00 | 0.00 | 0.00 | |
| 10 | Balboa Capital | Secured | 10,784.45 | 0.00 | 10,784.45 | 0.00 | 1,958.96 |
| | SUBTOTAL FOR | SECURED | 10,784.45 | 0.00 | 10,784.45 | 0.00 | |
| 1 | Discover Bank | Unsecured | 5,894.02 | 999.69 | 4,894.33 | 152.93 | 1,806.03 |
| 2 | Candica L.L.C. | Unsecured | 8,380.93 | 1,421.48 | 6,959.45 | 217.45 | 1,588.58 |
| 3U | Internal Revenue Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 1,588.58 |
| 4 | Chase Bank USA, N.A. | Unsecured | 3,351.75 | 568.49 | 2,783.26 | 86.96 | 1,501.62 |
| 5 | Chase Bank USA, N.A. | Unsecured | 9,440.67 | 1,601.22 | 7,839.45 | 244.95 | 1,256.67 |
| 6 | U S Bank NA | Unsecured | 11,768.87 | 1,996.11 | 9,772.76 | 305.35 | 951.32 |
| 7 | Citibank, N.A. | Unsecured | 4,684.41 | 794.52 | 3,889.89 | 121.54 | 829.78 |
| 8 | Capital Recovery III LLC | Unsecured | 30,373.25 | 5,151.58 | 25,221.67 | 788.06 | 41.72 |
| 9 | GE Money Bank | Unsecured | 1,608.03 | 272.74 | 1,335.29 | 41.72 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 75,501.93 | 12,805.83 | 62,696.10 | 1,958.96 | |
| << Totals >> | | | 91,521.80 | 18,041.25 | 73,480.55 | 1,958.96 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---|
| **Administrative-Ch7** | 100.000000% |
| **Priority** | 0.000000% |
| **Secured** | 0.000000% |
| **Unsecured** | 19.555513% |