# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: JENKINS, RICHARD D | § | Case No. 11-80954 |
| JENKINS, TERESA L | § | |
| JENKINS, RICH | § | |
| Debtor(s) JENKINS, TERRI | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $150,896.91
*(without deducting any secured claims)*

Assets Exempt: $40,171.91

Total Distribution to Claimants: $14,764.79

Claims Discharged
Without Payment: $134,352.36

Total Expenses of Administration: $5,235.42

---

3) Total gross receipts of $    20,000.21    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $20,000.21 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $265,201.00 | $10,784.45 | $10,784.45 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,235.42 | 5,235.42 | 5,235.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 3,494.60 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 112,622.89 | 75,501.93 | 75,501.93 | 14,764.79 |
| **TOTAL DISBURSEMENTS** | $381,318.49 | $91,521.80 | $91,521.80 | $20,000.21 |

4) This case was originally filed under Chapter 7 on March 11, 2011. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/15/2012          By: /s/BERNARD J. NATALE
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Undivided one-third (1/3) interest in real prop, | 1110-000 | 20,000.00 |
| Interest Income | 1270-000 | 0.21 |
| **TOTAL GROSS RECEIPTS** | | $20,000.21 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Balboa Capital | 4210-000 | 22,000.00 | 10,784.45 | 10,784.45 | 0.00 |
| NOTFILED | Bank of America, N.A. | 4110-000 | 98,342.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland States Bank | 4110-000 | 144,859.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $265,201.00 | $10,784.45 | $10,784.45 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 39.16 | 39.16 | 39.16 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,196.25 | 2,196.25 | 2,196.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 2,750.01 | 2,750.01 | 2,750.01 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,235.42 | $5,235.42 | $5,235.42 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | 3,494.60 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,494.60 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 5,894.02 | 5,894.02 | 5,894.02 | 1,152.62 |
| 2 | Candica L.L.C. | 7100-000 | N/A | 8,380.93 | 8,380.93 | 1,638.93 |
| 3U | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 3,476.70 | 3,351.75 | 3,351.75 | 655.45 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 9,440.67 | 9,440.67 | 9,440.67 | 1,846.17 |
| 6 | U S Bank NA | 7100-000 | 11,926.66 | 11,768.87 | 11,768.87 | 2,301.46 |
| 7 | Citibank, N.A. | 7100-000 | 4,684.41 | 4,684.41 | 4,684.41 | 916.06 |
| 8 | Capital Recovery III LLC | 7100-000 | N/A | 30,373.25 | 30,373.25 | 5,939.64 |
| 9 | GE Money Bank | 7100-000 | 3,585.21 | 1,608.03 | 1,608.03 | 314.46 |
| NOTFILED | GE Money Bank | 7100-000 | 4,992.56 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 4,200.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sears Gold MasterCard | 7100-000 | 29,139.00 | N/A | N/A | 0.00 |
| NOTFILED | Southern Living at Home Barclay Card Services | 7100-000 | 8,380.93 | N/A | N/A | 0.00 |
| NOTFILED | PayPal Plus Credit Svcs/GEMB | 7100-000 | 1,543.31 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank Nevada, NA C/O LDG Financial Services, LLC | 7100-000 | 3,309.17 | N/A | N/A | 0.00 |
| NOTFILED | Menard's HSBC Retail Services | 7100-000 | 2,131.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 12,919.25 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $112,622.89 | $75,501.93 | $75,501.93 | $14,764.79 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 11-80954

Case Name: JENKINS, RICHARD D
JENKINS, TERESA L

Period Ending: 05/15/12

Trustee:    (330370)    BERNARD J. NATALE

Filed (f) or Converted (c): 03/11/11 (f)

§341(a) Meeting Date: 04/21/11

Claims Bar Date: 08/08/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 8286 Canada Road, Mount Morris IL 6105 | 140,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Undivided one-third (1/3) interest in real prop, | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 3 | Cash on Hand | 100.00 | 100.00 | DA | 0.00 | FA |
| 4 | Sterling Federal Bank #369991 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1st Bank of Amboy | 25.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household Goods, Furnishings, Audio, etc. | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 8 | Books, Collectibles, CD's | 230.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing | 75.00 | 0.00 | DA | 0.00 | FA |
| 10 | Jewelry | 350.00 | 0.00 | DA | 0.00 | FA |
| 11 | Sports & Hobbies | 200.00 | 0.00 | DA | 0.00 | FA |
| 12 | General Life Insurance-Husband Insured Term Poli | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Pension-Husband | 291.91 | 0.00 | DA | 0.00 | FA |
| 28 | 2001 Hyundai Sonata $1,500. 2004 PT Cruiser $3,9 | 5,425.00 | 625.00 | DA | 0.00 | FA |
| 38 | Lawn Mower | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 39 | Misc. Tools | 500.00 | 0.00 | DA | 0.00 | FA |
| 40 | Entry Error | 0.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 0.21 | FA |
| 17 | **Assets**  Totals (Excluding unknown values) | **$170,896.91** | **$20,725.00** | | **$20,000.21** | **$0.00** |

Major Activities Affecting Case Closing:

FINAL REPORT FILED.

Initial Projected Date Of Final Report (TFR):    June 30, 2012

Current Projected Date Of Final Report (TFR):    January 5, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-80954 |
| **Case Name:** | JENKINS, RICHARD D |
| | JENKINS, TERESA L |
| **Taxpayer ID #:** | **-***3590 |
| **Period Ending:** | 05/15/12 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******26-65 - Checking Account |
| **Blanket Bond:** | $606,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/11 | {2} | The Harvard State Bank | Pymt on Compromise for Real Estate from Jeff Jenkins | 1110-000 | 20,000.00 | | 20,000.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 20,000.05 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 20,000.21 |
| 02/02/12 | | To Account #9200******2666 | Transfer to close account | 9999-000 | | 20,000.21 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **20,000.21** | **20,000.21** | **$0.00** |
| Less: Bank Transfers | 0.00 | 20,000.21 | |
| **Subtotal** | **20,000.21** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$20,000.21** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-80954 | |
| **Case Name:** | JENKINS, RICHARD D | |
| | JENKINS, TERESA L | |
| **Taxpayer ID #:** | **-***3590 | |
| **Period Ending:** | 05/15/12 | |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******26-66 - Checking Account |
| **Blanket Bond:** | $606,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/02/12 | | From Account #9200******2665 | Transfer to close account | | 9999-000 | 20,000.21 | | 20,000.21 |
| 02/08/12 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $2,750.01, Trustee Compensation;  Reference: | | 2100-000 | | 2,750.01 | 17,250.20 |
| 02/08/12 | 102 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | | 2700-000 | | 250.00 | 17,000.20 |
| 02/08/12 | 103 | Discover Bank | Distribution paid  16.96% on $5,894.02; Claim# 1; Filed: $5,894.02; Reference: 9382 | | 7100-000 | | 999.69 | 16,000.51 |
| 02/08/12 | 104 | Candica L.L.C. | Distribution paid  16.96% on $8,380.93; Claim# 2; Filed: $8,380.93; Reference: 1103 | | 7100-000 | | 1,421.48 | 14,579.03 |
| 02/08/12 | 105 | U S Bank NA | Distribution paid  16.96% on $11,768.87; Claim# 6; Filed: $11,768.87; Reference: 9393 | | 7100-000 | | 1,996.11 | 12,582.92 |
| 02/08/12 | 106 | Citibank, N.A. | Distribution paid  16.96% on $4,684.41; Claim# 7; Filed: $4,684.41; Reference: 0239 | | 7100-000 | | 794.52 | 11,788.40 |
| 02/08/12 | 107 | Capital Recovery III LLC | Distribution paid  16.96% on $30,373.25; Claim# 8; Filed: $30,373.25; Reference: 7841/SEARS | | 7100-000 | | 5,151.58 | 6,636.82 |
| 02/08/12 | 108 | GE Money Bank | Distribution paid  16.96% on $1,608.03; Claim# 9; Filed: $1,608.03; Reference: 9311/PP MASTERCARD | | 7100-000 | | 272.74 | 6,364.08 |
| 02/08/12 | 109 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | | 2,235.41 | 4,128.67 |
| | | | Dividend paid 100.00% on $2,196.25;  Claim# ATTY; Filed: $2,196.25 | 2,196.25 | 3110-000 | | | 4,128.67 |
| | | | Dividend paid 100.00% on $39.16;  Claim# EXP; Filed: $39.16 | 39.16 | 3120-000 | | | 4,128.67 |
| 02/08/12 | 110 | Chase Bank USA, N.A. | Combined Check for Claims#4,5 | | | | 2,169.71 | 1,958.96 |
| | | | Dividend paid  16.96% on $3,351.75;  Claim# 4; Filed: $3,351.75; Reference: 9962 | 568.49 | 7100-000 | | | 1,958.96 |
| | | | Dividend paid  16.96% on $9,440.67;  Claim# 5; Filed: $9,440.67; Reference: 4738 | 1,601.22 | 7100-000 | | | 1,958.96 |
| 02/08/12 | 111 | Internal Revenue Service | Combined Check for Claims#3U,3P<br>Voided on 02/17/12 | | 5800-003 | | 1,958.96 | 0.00 |
| 02/17/12 | 111 | Internal Revenue Service | Combined Check for Claims#3U,3P | | 5800-003 | | -1,958.96 | 1,958.96 |

Subtotals :  $20,000.21    $18,041.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-80954 |
| Case Name: | JENKINS, RICHARD D |
| | JENKINS, TERESA L |
| Taxpayer ID #: | **-***3590 |
| Period Ending: | 05/15/12 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******26-66 - Checking Account |
| Blanket Bond: | $606,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 02/08/12 | | | | |
| 03/07/12 | 112 | Discover Bank | Distribution paid 19.55% on $5,894.02; Claim# 1; Filed: $5,894.02; Reference: 9382 | 7100-000 | | 152.93 | 1,806.03 |
| 03/07/12 | 113 | Candica L.L.C. | Distribution paid 19.55% on $8,380.93; Claim# 2; Filed: $8,380.93; Reference: 1103 | 7100-000 | | 217.45 | 1,588.58 |
| 03/07/12 | 114 | U S Bank NA | Distribution paid 19.55% on $11,768.87; Claim# 6; Filed: $11,768.87; Reference: 9393 | 7100-000 | | 305.35 | 1,283.23 |
| 03/07/12 | 115 | Citibank, N.A. | Distribution paid 19.55% on $4,684.41; Claim# 7; Filed: $4,684.41; Reference: 0239 | 7100-000 | | 121.54 | 1,161.69 |
| 03/07/12 | 116 | Capital Recovery III LLC | Distribution paid 19.55% on $30,373.25; Claim# 8; Filed: $30,373.25; Reference: 7841/SEARS | 7100-000 | | 788.06 | 373.63 |
| 03/07/12 | 117 | GE Money Bank | Distribution paid 19.55% on $1,608.03; Claim# 9; Filed: $1,608.03; Reference: 9311/PP MASTERCARD | 7100-000 | | 41.72 | 331.91 |
| 03/07/12 | 118 | Chase Bank USA, N.A. | Combined Check for Claims#4,5 | | | 331.91 | 0.00 |
| | | | Dividend paid 19.55%          86.96 on $3,351.75;  Claim# 4; Filed: $3,351.75; Reference: 9962 | 7100-000 | | | 0.00 |
| | | | Dividend paid 19.55%         244.95 on $9,440.67;  Claim# 5; Filed: $9,440.67; Reference: 4738 | 7100-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 20,000.21 | 20,000.21 | $0.00 |
| Less: Bank Transfers | | 20,000.21 | 0.00 | |
| Subtotal | | 0.00 | 20,000.21 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $20,000.21 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-80954 |
| **Case Name:** | JENKINS, RICHARD D |
| | JENKINS, TERESA L |
| **Taxpayer ID #:** | **-***3590 |
| **Period Ending:** | 05/15/12 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******26-66 - Checking Account |
| **Blanket Bond:** | $606,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Net Receipts : | 20,000.21 |
| Net Estate : | $20,000.21 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******26-65** | 20,000.21 | 0.00 | 0.00 |
| **Checking # 9200-******26-66** | 0.00 | 20,000.21 | 0.00 |
| | $20,000.21 | $20,000.21 | $0.00 |